IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01927-CMA-MEH

GREGORY L. MAKOWSKI,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2012.**

    Pursuant to Plaintiff's Notice of Dismissal With Prejudice [docket #31], Defendant's Motion for Summary Judgment [filed October 24, 2012; docket #23] is **denied as moot**.